UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN K. BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | 1:18-cv-01368 GSA (PC)<br><br>**ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS** |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 14, 2018, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed in forma pauperis was deficient. Plaintiff did not fill out the application, and Plaintiff used a form that is not preferred by this court. Plaintiff shall be granted thirty days in which to submit a new application to proceed in forma pauperis or to pay the $400.00 filing fee in full for this case. Plaintiff is not required to submit another copy of his prison trust account statement.

    Accordingly, IT IS HEREBY ORDERED that:

    Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1

the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his prison trust account statement.  **No requests for extension of time will be granted without a showing of good cause**.  **Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **October 4, 2018**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE